UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN CORNING, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHERN MONO HEALTHCARE DISTRICT d/b/a Mammoth Hospital, a California public agency; MAMMOTH HOSPITAL FOUNDATION, a California corporation; and DOES 1 through 30, inclusive,<br><br>Defendants. | CASE NO.: 2:18-cv-02295-TLN-EFB<br><br>**ORDER GRANTING STIPULATION TO CONTINUE FACT DISCOVERY CUTOFF AND EXPERT DISCLOSURE DEADLINES**<br><br>Dept: 2<br>Judge: Hon. Troy L. Nunley<br><br>Action Filed: August 22, 2018<br>Trial Date: None set |

Pending before the Court is the Stipulation to Continue Fact Discovery Cutoff and Expert Disclosure Deadlines, filed by Plaintiff Susan Corning and Defendants Southern Mono Healthcare District and Mammoth Hospital Foundation. Upon review of the stipulation, the Court finds good cause for the extension requested.

The following deadlines in the Court's scheduling order shall be modified:

- Fact Discovery Cutoff – September 20, 2019 to **December 20, 2019**.
- Expert Disclosure Deadline – November 19, 2019 to **January 17, 2020**.

-1-
ORDER GRANTING STIPULATION TO CONTINUE DEADLINES
1767365v1  Case No. 2:18-cv-02295-TLN-EFB

1 - Rebuttal Expert Disclosure Deadline – December 19, 2019 to **February 14, 2020**.

**IT IS SO ORDERED.**

DATED: July 2, 2019

　　　　　　　　　　　　　　　　　　　　　
Troy L. Nunley
United States District Judge