# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN CORNING, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHERN MONO HEALTHCARE DISTRICT d/b/a Mammoth Hospital, a California public agency; MAMMOTH HOSPITAL FOUNDATION, a California corporation; and DOES 1 through 30, inclusive,<br><br>Defendants. | CASE NO.: 2:18-cv-02295-TLN-EFB<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE AND RETAINING JURISDICTION**<br><br>Dept: 2<br>Judge: Hon. Troy L. Nunley<br><br>Action Filed: August 22, 2018<br>Trial Date: None set |

Pending before the Court is the Stipulation to Dismiss this Action with Prejudice and to Retain Jurisdiction filed by Plaintiff Susan Corning and Defendants Southern Mono Healthcare District and Mammoth Hospital Foundation (the "Parties").

1. Upon review of the stipulation, the Court **GRANTS** the relief requested by the Parties' in the stipulation.

2. This action is hereby **DISMISSED WITH PREJUDICE**.

3. Plaintiff and Defendant shall bear their own costs and attorneys' fees incurred in the prosecution and defense of this action.

4. The Court hereby incorporates the terms of the Parties' Settlement

1  Agreement in this order of dismissal, and retains jurisdiction over this matter for the
2  purposes of enforcing the dismissal and Settlement Agreement.

**IT IS SO ORDERED.**

Dated: December 5, 2019

Troy L. Nunley
United States District Judge